IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF FLORIDA

DANIEL SIDELL,

Plaintiff,

CASE NO.: 13-cv-60469

-vs-

CORDOBA & ASSOCIATES, P.A.
ATTORNEYS AT LAW,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Daniel Sidell, and Cordoba & Associates, P.A. Attorneys At Law, file this joint stipulation of dismissal with prejudice and state that the Plaintiff, Daniel Sidell, dismisses all claims against Defendant, Cordoba & Associates, P.A., Attorneys At Law, with prejudice. Each party is to bear its own fees and costs. The case was resolved via mutually agreeable settlement, and the parties are hereby directed to comply with the terms of their settlement agreement.

| | |
|---|---|
| *Alfredo Cordoba* | *Michael J. Vitoria* |
| Alfredo Cordoba, Esquire | Michael J. Vitoria, Esquire |
| Florida Bar No.: 493521 | Florida Bar No.: 0135534 |
| Cordoba & Associates, P.A | Morgan and Morgan, P.A. |
| Attorneys At Law | 201 North Franklin Street, 7th Floor |
| 1551 Sawgrass Corporate Pkwy #110 | Tampa, FL 33602 |
| Sunrise, FL 33323 | Tel: (813) 223-5505 |
| Tel: (754) 300-1381 | Fax: (813) 223-5402 |
| Fax: (754) 300-1405 | Email: mvitoria@forthepeople.com |
| Email: alfredo.cordoba@cordobalaw.com | Attorney for Plaintiff |
| Attorney for Defendant | |