**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 13-60469-Civ-SCOLA

DANIEL SIDELL,

    Plaintiff,

vs.

CORDOBA & ASSOCIATES,
P.A., ATTORNEYS AT LAW

    Defendant,
_____/

**ORDER CLOSING CASE**

    THIS MATTER is before the Court following the parties' filing of a Joint Stipulation of Dismissal [ECF No. 7].  This lawsuit having been resolved by settlement and dismissed with prejudice by the Joint Stipulation, the case should now be closed.  Accordingly, the Clerk is directed to **CLOSE** this case.

    **DONE and ORDERED** in chambers, at Miami, Florida on May 8, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
